RECEIVED
SDNY DOCKET UNIT

2026 JUN -1 PM 3: 04

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Henry Cee

_____

Write the full name of each plaintiff.

No. (filling notice)

(To be filled out by Clerk's Office)

-against-

DoJ, CIA, FBI, John Doe departments of
informants, Marshalls, Doccs, JPAY,
Thee united states of, (Clothing lines
Shoelines, NIKE, Puma, Addias, off white, American egals)

Write the full name of each defendant. If you cannot fit the
names of all of the defendants in the space provided, please
write "see attached" in the space above and attach an
additional sheet of paper with the full list of names. The
names listed above must be identical to those contained in
Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☑ Yes    ☐ No

---

### NOTICE

The public can access electronic court files. For privacy and security reasons, papers filed
with the court should therefore *not* contain: an individual's full social security number or full
birth date; the full name of a person known to be a minor; or a complete financial account
number. A filing may include *only*: the last four digits of a social security number; the year of
an individual's birth; a minor's initials; and the last four digits of a financial account number.
See Federal Rule of Civil Procedure 5.2.

Rev. 5/6/16

## I.    LEGAL BASIS FOR CLAIM

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☑ Violation of my federal constitutional rights

☐ Other: _____

## II.    PLAINTIFF INFORMATION

Each plaintiff must provide the following information. Attach additional pages if necessary.

Henry &        Jamar        Csx
First Name        Middle Initial        Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

B1UI8, 08B1UI8
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Cayuga Correctional Facility, P.O. Box 1186, Moravia, N.Y. 13118
Current Place of Detention

Cayuga Correctional facility, P.O. Box 1186
Institutional Address

Moravia                    N.Y.                    13108
County, City                    State                    Zip Code

## III.    PRISONER STATUS

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee

☐ Civilly committed detainee

☐ Immigration detainee

☑ Convicted and sentenced prisoner

☐ Other: _____

Page 2

## IV.    DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1:    FBI, CIA, John Doe & informants, US marshals.

First Name                    Last Name                    Shield #

Current Job Title (or other identifying information)
Benjamin H. Torrance, Assistant U.S. Attorney
Current Work Address
86 Chambers St.      N.Y.    10007
County, City                    State                    Zip Code

Defendant 2:    NIKE INC.

First Name                    Last Name                    Shield #

Current Job Title (or other identifying information)
NIKe Inc. 855 6th Ave
Current Work Address
new york,   New York   10001
County, City                    State                    Zip Code

Defendant 3:    Puma SE

First Name                    Last Name                    Shield #

Current Job Title (or other identifying information)
Puma SE, Puma way 1
Current Work Address
Herzog enourach,              91074
County, City                    State                    Zip Code

Defendant 4:    Under armour. INC

First Name                    Last Name                    Shield #

Current Job Title (or other identifying information)
Under armour, INC 101 performance Prive
Current Work Address
Baltimore,    MD        21230
County, City                    State                    Zip Code

## V.    STATEMENT OF CLAIM

Place(s) of occurrence:    United States of America

Date(s) of occurrence:    (1988 - 2026 ( with access and violation of
The birth of this nation dated back to 1600's ) )

**FACTS:**

State here briefly the FACTS that support your case. Describe what happened, how you were
harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach
additional pages as necessary.    Continue: on paper (line paper)

The plaintiff is aware of a **will** that's attached to
files that can show what one is entitled to and
his person as person and property. The plaintiff file
was used to create law and these government
departments had knowledge of this will and
information dated back to the republic for
which we stand. The plaintiff files was on
full display in the U program and John Doe
department with this knowledge of the
for front and the plaintiff still didn't get
notice or access to his files leading to false
imprisonment and person as person and property
being violated. This machine or will used is still
being used in these government departments
where they use it after defect in the box
using interactive computer programming or
John Doe machine illegally to protect they
scam and cover up miss deeds claiming right
to plaintiff patents in the treasury, and
clothing and shoes, and this act is a fossil

D.O.J.; letter To District Courts   May 2, 2026

District Courts. this letter should make it to you this time. This would be the 3rd to 5th time I notify your office as to the torture and rape and assassination attempt attached to the president almost being killed by saying "86 47 shells in the sand of north Corolina where 'michelle' stay that my "mom" and I was also almost killed in the open in pass time in a van moving from one jail to another where they had my person and made it seem as if I was refusing to leave a jail I was complaining about and my "mom" recorded as they broke in her car looking for a phone to get back her recording this. Then I was placed by myself where a shot went off and the C.O. after switching cars playing with the fire (A few was hiding and blocking the fire) and then laying in the back seat and 2 in the front saying they dont care they bout to retire and a switch for Both stops to switch to cars and vans after the kill. This was on live 2022. Then they joked on line about trying to kill

SDNY PRO SE OFFICE
2026 MAY 16 AM 11:20

Donal trump and If they find out about the shells. "michelle" Henry cox they would lose everything. This was attched to the Q program and something called the cup or holy grail and a will and birth right. Comey was just arrested for this and when trump went after FBI, and CIA departments and cut Spending bad reports on war domestic and abroad was placed on his desk to discredit and they could use interactive computer programming to mess with your senses (your smell, your taste buds, touch, sight, your hearing) and they can talk over you when they have your facilities and say things your not saying. With the knowledge that people on wall street knew who Henry (the shells) "michelle" was. Alot of money at stake and a cup the holy grail that give you rights to a will and property and treasury. Along with patents. With A eye one would be able to set in stone if someone came up with a idea or this idea

was placed in someone files or person. When there is traces of these ideas like a car patent in the pass or game like football or basket ball) which bring us to the use of this machine used in the john doe department and the FBI and CIA which they use for screening snitches and terrorist and people they work with in the u program connected to prison doing life or hard time they connect to this machine. It's a screening process where they go through your whole life to see the risk factor in using you as a snitch. or project "snitch" or terrorist where they could change film either way to fit the Bill or using Counter-intel which is how they press this machine to people who rely on it for information and the snitch makes them believe it and the departments like FBI, CIA gather information because of this trust which can pass off bad information. They also use the government offices to play with paperwork and your files which is suppose to operate

on a eye and is operating on a spec
sil which is another thing that
was done with this machine and
access to other people files which
was misused in more then one
way. They broke sils on files in
areas they wasn't suppose to which
they call "death" when one do it
they sacrifice tile and then review
files. These are the last days of
the last to have oversight of the
wall and files with the ability
to turn around the shooter and
put the school on notice. when
anyone on this program if they think
about anybody with connection to
the u.n floor and everyone files
tied to this machine the person
you thinking about doing something
to will show up on the screen
(and this is what show the use of
informants is illegal) and then
you can stop that person and turn
them to hand and notify who they
plan on crossing. with everyone having
no eye or access to they other files
giving oversight to the government
who can be at default, the wall

can be in a failed state and then oversight has to be replaced. At this moment it's in reverse and we only have one way to get there showing Some one can bent the change and will when it's in a failed state and needs to be replaced. Our Kids in School are not safe when this equitement is in the u program tied to every college in the united states of america with the pure intent to stop a mass school shooting because they knew of the events set to take place with the ability to presee events by having access to everyone files. All you would need is a mom or grandmother I could see her whole bloodline in one move. This is tred to the U program and pro-life department like creating a will, This go to my 5th great great grand son (or who ever woke when the will is in a poor state) one have the ability to see they life befor you give Butes to them and if they or they grandchild do some thing you dont like with

oversight you can remove the files way befor so you dont give birth to them. This process was violated by government offices sworn to protect this privacy even to me where a hip hop artist was talking about the events right now and songs out right now. Back in 99 and 2000 with video attached. It showed the government had my files and was giving it to people without my giving them permission in what they call the "money Ball" which they connected To A john doe machine thats interactive computer programming just like (VR) that has the ability to put future in your head and play with your senses to pass information and set people up to seem as if a idea is there's or they came up with it and with oversight of this eye and no one an power to do one thing about it seems like someone ned to check this system out start with any files if the government using this machine and put citizens

first into it one should be able to use it to protect they self from false imprisonment and torture and rape act or being accused as a terrorist which is what happen to me and plaintiff. I have a civil complaint in the Courts as to this matter. how hard is it to understand that the trust has been broken and the state of person is down and we not in position to just have blind faith. kids are being shot and mass shooting everywhere and the use of open AI interactive computer programming is at a all time high. Someone could use the Box in your living room to go in prison to committ these acts of torture and rape domestic terrorism and abroad. Then someone have the ability to stop of with a click of a button? This fight is about oversight and who have the power. That needs to stop and somebody need to be the bigger person. re-review the Screening process and come screen me and find out that only did comey have something to do with the president almost being killed I am 86 411 shells in the sand Henry cat

Curl fedral violation and against law. This machine is being miss used after plaintiff stated it was dangrous to use it for informants, rapist and gays it violates the eye which runs off the natural course of life. The rehabilitation Process allows one to move in accordance with the eye. All one have to do is line the violater up to The files and correct issues at hand. They should disregaurd and put the will of america in a failed state, rehabilitation also being tied TO NBA, NFL, and was taken as it

All fees recorded live right now on AU goverments machines

**INJURIES:** They own Brooadcites invented it - masons, knight templars pyramids (Black whites refused to fork over illgotten gains

If you were injured as a result of these actions, describe your injuries and what medical treatment, with prior knowledge (illuminati) if any, you required and received.

rape, false imprisonment, Illegal use of the PISA act, theft of music, fashion, rehabilitation programs, patents: ~~Treasury~~, shoes, clothing, violation of 1st amendment, 2nd amendment, 5th amendment, 6th amendment, 7th amendment, 14th amendment (wine and drink and sell of )

## VI.   RELIEF

State briefly what money damages or other relief you want the court to order.

I ask for fast relief of false imprisonment and to gain back person as person and property (land roads) and moinves that was stole from people who acted as holders of my will.

Page 5

## VII.    PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| | |
|---|---|
| 5-20-26 | |
| Dated | Plaintiff's Signature |
| Henry | Cox |
| First Name    Middle Initial | Last Name |
| Cayuga Correctional Facility / P.O. Box 1186 | |
| Prison Address | |
| Moravia                    NY              13118 | |
| County, City               State           Zip Code | |

Date on which I am delivering this complaint to prison authorities for mailing: _____

Page 6

**CAYUGA CORRECTIONAL FACILITY**
P.O. BOX 1186
MORAVIA, NEW YORK 13118

NAME: Henry Cox          DIN: 55B1448

CAYUGA

CORRECTIONAL FACILITY

NEOPOST
05/26/2026
US POSTAGE $001.32⁰

FIRST-CLASS MAIL
IMI

ZIP 13118
041M11463873



united states destrict court
southern district of new york
300 Quarropas street
white plains, N-Y. 10601

Case 1:26-cv-04632-UA    Document 1    Filed 06/01/26    Page 15 of 15

NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
INCARCERATED INDIVIDUAL CORRESPONDENCE PROGRAM

NAME: Henry Cox          DIN: 58B 1406

RECEIVED

JUN 0 1 2026

U.S.D.C.
W.P.

Printed On Recycled Paper